()      Adversary Proceeding