United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Justina Roonan
      Debtor

Case No. 20-11810-jkf
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: JEGilmore | Page 1 of 1 | Date Rcvd: Mar 27, 2020 |
| | Form ID: pdf900 | Total Noticed: 4 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2020.
db        +Justina Roonan,   10830 Pelle Circle,   Philadelphia, PA 19154-4049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        E-mail/Text: megan.harper@phila.gov Mar 28 2020 03:51:48    City of Philadelphia,
      City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
      Philadelphia, PA  19102-1595
smg        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2020 03:51:27
      Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
      Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 28 2020 03:51:46    U.S. Attorney Office,
      c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                         TOTAL: 3

          ***** BYPASSED RECIPIENTS *****
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2020 at the address(es) listed below:
        BRAD J. SADEK   on behalf of Debtor Justina  Roonan brad@sadeklaw.com,  bradsadek@gmail.com
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                      TOTAL: 3

()        Adversary Proceeding