UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Justina Roonan<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 20-11810-AMC |

<u>TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307</u>

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.    Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.    The within case was commenced by the filing of a Chapter 13 petition on 03/27/2020.

3.    This Motion to Dismiss has been filed for the following reason(s):

- The Debtor(s) has/have failed to file tax returns with the: Pennsylvania Department of Revenue & Internal Revenue Service - 2016

WHEREFORE, Scott F. Waterman, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 07/29/2020

Respectfully submitted,

*/s/ Polly A. Langdon, Esq.*
Polly A. Langdon, Esq.
for
Scott F. Waterman, Esq.
Standing Chapter 13 Trusteee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606
Telephone: (610) 779-1313