IN RE: : 
JUSTINA ROONAN : BK. No. 20-11810-AMC
          **Debtor** :
  : Chapter No. 13
THE BANK OF NEW YORK MELLON F/K/A :
THE BANK OF NEW YORK AS TRUSTEE FOR :
CENDANT MORTGAGE PASS-THROUGH :
CERTIFICATES SERIES 2000-B :
          **Movant** :
          v. :
JUSTINA ROONAN :
          **Respondent**

# ORDER

**AND NOW,** upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Motion for Relief from Stay **(Doc. # 36 )** filed by THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR CENDANT MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2000-B;

**AND**, the Court concluding that the subject Motion for Relief from Stay including attachments fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Docket Entry 36.

3. THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR CENDANT MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2000-B shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** March 19, 2021.

Date: March 3, 2021

                                            **Ashley M. Chan**
                                            **U.S. BANKRUPTCY JUDGE**